1  ROBERT J. WILGER, Bar No. 168402
   ISELA PEREZ, Bar No. 267859
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:   408.998.4150
   Facsimile:   408.288.5686
5  rwilger@littler.com
   iperez@littler.com
6
   Attorneys for Defendant
7  JESUS D. LARA dba D & G SANITATION

8

9  TOMAS E. MARGAIN, Bar No. 193555
   DAL BON & MARGAIN, APC
10 28 North 1st Street, Suite 700
   San Jose, CA 95113
11 Telephone:   408.297-4729
   Facsimile:   408.297-4728
12 margainlaw@hotmail.com

13 Attorneys for Plaintiff
   ISAIAS YEPEZ

**IT IS SO ORDERED**
Judge Edward J. Davila
6/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ISAIAS YEPEZ, | Case No.  CV11-02009 EJD |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT JESUS D. LARA DBA D & G SANITATION'S TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| JESUS D. LARA DBA D & G SANITATION, | |
| Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION TO EXTEND DEFT JESUS D. LARA
DBA D & G SANITATION'S TIME TO FILE
RESPONSIVE PLEADING

CASE NO. CV 11-02009

## STIPULATION

Pursuant to Local rule 6-1(a), Plaintiff Isaias Yepez ("Plaintiff") and Defendant Jesus D. Lara dba D & G Sanitation ("Defendant"), by and through their respective counsel of record hereby stipulate that Defendant's time for filing a responsive pleading to Plaintiff's Complaint will be extended to July 20, 2011.

**IT IS SO STIPULATED.**

Dated: June 22, 2011

_____
ROBERT J. WILGER
ISELA PEREZ
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant

Dated: June 22, 2011

_____
TOMAS E. MARGAIN
DAL BON & MARGAIN, APC
Attorney for Plaintiff

Firmwide:102399856.1 068461.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION TO EXTEND DEFT JESUS D. LARA DBA D & G SANITATION'S TIME TO FILE RESPONSIVE PLEADING    2.    CASE NO. CV 11-02009