1 ROBERT J. WILGER, Bar No. 168402
ISELA PEREZ, Bar No. 267859
2 LITTLER MENDELSON
A Professional Corporation
3 50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
4 Telephone: 408.998.4150
Facsimile: 408.288.5686
5 rwilger@littler.com
iperez@littler.com
6

7 Attorneys for Defendant
JESUS D. LARA dba D & G SANITATION

8

9 TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
10 28 North 1st Street, Suite 700
San Jose, CA 95113
11 Telephone: 408.297-4729
Facsimile: 408.297-4728
12 margainlaw@hotmail.com

13 Attorneys for Plaintiff
ISAIAS YEPEZ

**GRANTED**
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS YEPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS D. LARA DBA D & G SANITATION,<br><br>    Defendant. | Case No. CV11-02009<br><br>**STIPULATION TO EXTEND DEFENDANT JESUS D. LARA DBA D & G SANITATION'S TIME TO FILE RESPONSIVE PLEADING** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION TO EXTEND DEFT JESUS D. LARA
DBA D & G SANITATION'S TIME TO FILE
RESPONSIVE PLEADING

CASE NO. CV 11-02009

## STIPULATION

Pursuant to Local rule 6-1(a), Plaintiff Isaias Yepez ("Plaintiff") and Defendant Jesus D. Lara dba D & G Sanitation ("Defendant"), by and through their respective counsel of record hereby stipulate that Defendant's time for filing a responsive pleading to Plaintiff's Complaint will be extended to August 12, 2011. On that day, the parties shall also file a Joint Case Management Statement in anticipation of the August 19, 2011 initial Case Management Conference.

**IT IS SO STIPULATED.**

Dated: July 18, 2011

ROBERT J. WILGER
ISELA PEREZ
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant

Dated: July 18, 2011

TOMAS E. MARGAIN
DAL BON & MARGAIN, APC
Attorney for Plaintiff

Firmwide:102804868.1 068461.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

STIPULATION TO EXTEND DEFT JESUS D. LARA DBA D & G SANITATION'S TIME TO FILE RESPONSIVE PLEADING

2.

CASE NO. CV 11-02009