UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

ISAIAS YEPEZ

        Plaintiff

v.

JESUS D. LARA DBA D & G SANITATION

        Defendants

Case No.: CV11-02009 EJD

**ORDER TO DISMISS WITH PREJUDICE; COURT TO RETAIN JURISDICTION TO ENFORCE PAYMENT AGREEMENT**

**ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. The Court retains jurisdiction to enforce the terms of the payment provision of the settlement for 30 days from this Order. ~~At that time, the Court directs the clerk to close the file.~~ This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings. The Clerk shall close this file.

IT IS SO ORDERED.

Dated: November 15, 2011

By: *[signature]*

Edward J. Davila
United States District Court

- 3 -